UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Dijana Kilic,

    Plaintiff,

                                        Civil Case No. 20-12850

v.

Rebecca J. Adducci, *et al.*,        Sean F. Cox
                                                  United States District Court Judge

    Defendants.
_____/

## ORDER ADOPTING
## 1/26/21  REPORT AND RECOMMENDATION

This case was referred to Magistrate Judge Steven Whalen for determination of all non-dispositive motions under 28 U.S.C. § 636(b)(1)(A) and issuance of a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and (C).

In a Report and Recommendation ("R&R") issued on January 26, 2021, the magistrate judge recommends that the Court deny Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R.  "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made."  *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R.  The Court hereby ADOPTS the January 26, 2021 R&R.

IT IS ORDERED that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction is DENIED.

IT IS SO ORDERED.

s/Sean F. Cox<br>
Sean F. Cox<br>
United States District Judge

Dated: February 10, 2021